UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN M. COOPER,<br><br>          Petitioner,<br><br>     v.<br><br>COUNTY OF PLACER,<br><br>          Respondent. | No.  2:14-cv-1406 KJM DAD P<br><br><br><br>ORDER |

Petitioner, a Placer County Jail inmate proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner challenges a judgment of conviction and sentence entered against him July 8, 2014, in the Placer County Superior Court.[1]  By order filed June 20, 2014, the undersigned recommended that this action be dismissed due to petitioner's failure to first exhaust his claims in state court as required by 28 U.S.C. § 2254(b)(1).  (See ECF No. 3.)  Thereafter, petitioner consented to magistrate judge jurisdiction for all purposes in this action.  See 28 U.S.C. § 636(c); Local Rule 305(a).  (ECF No. 4.)  In addition, petitioner filed objections to the findings and recommendations (ECF No. 5), and exhibits in support of his petition for federal habeas relief (ECF No. 6).

---

[1] Petitioner alleges that he was sentenced to serve a term of imprisonment in the Placer County Jail pursuant to California Penal Code § 1170(h) which authorizes imprisonment in a county jail for some felony convictions.

1

Review of petitioner's additional filings underscores the court's original assessment that he is attempting to directly challenge his arrest and detention in 2013, as well as his conviction and sentence imposed in state court in 2014. Petitioner must first seek relief in the state courts - the Placer County Superior Court, the California Court of Appeal for the Third Appellate District and/or the California Supreme Court. This federal habeas court is without jurisdiction to consider the claims set forth in the pending petition.

Due to petitioner's consent to magistrate judge jurisdiction over this action for all purposes, this action will be dismissed without prejudice. See Rule 4, Rules Governing Section 2254 Cases (district court may dismiss a petition if it "plainly appears from the face of the petition and any exhibits annexed to it that the petitioner is not entitled to relief in the district court. . . .").

Accordingly, IT IS HEREBY ORDERED that:

1. This action is dismissed without prejudice; and

2. The Clerk of Court is directed to close this case.

Dated: November 12, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
coop1406.dsms.hc

2